84,069-01

Dear Clerk                                                          10-2-15

My name is Ernest Tyrone Howard #2014366 and I am currently incarcerated on the Micheal Unit in Tenn. Colony Tx. My concerns is due to a dire matter in which I had no knowledy of. Somebody has submitted an application of 11.07 in my stead without my consent. A direct appeal has been submitted by appeal attorney in which I still have no knowledge of who he is or what grounds of review has been submitted by him, due to a lack of communication. I know I submitted a motion of notice of appeal after conviction afterwards I had not submitted any motions nor the 11.07 application submitted before you. I ask that the application of 11.07 be abdicated and me not being held responsible for the action of another individual who filed this application in my name. I pray you help me in my endeavors.

Respectfully Submitted
Ernest Tyrone Howard

P.S. Heres the trial Court # 1408632-A and WR-84,069-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 09 2015

Abel Acosta, Clerk